UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT SCOTT INGRAM,

          Plaintiff,

  v.

STATE OF WASHINGTON,

          Defendant.

Case No. C19-517 RAJ

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is **dismissed with prejudice**.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 6th day of May, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1